**Order entered March 29, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01473-CV

### PINNACLE PROPANE, LLC, Appellant

### V.

### MICHAEL KLEIN, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16057**

## ORDER

Before the Court is appellant's March 27, 2019 unopposed motion to extend briefing deadline to allow completion of documents resolving disputes. We **GRANT** the motion to the extent we **ORDER** appellant to file either its brief or a motion to dismiss the appeal no later than April 16, 2019.

/s/     ERIN A. NOWELL
JUSTICE